**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| JOHN A. HORVATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  1:09CV1129-AJT/TCB |
| | ) | |
| BANK OF NEW YORK, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**BANK OF NEW YORK, N.A., CWALT, INC., COUNTRYWIDE HOME LOANS SERVICING, LP, AMERICA'S WHOLESALE LENDER, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.'S**
**MOTION TO DISMISS AMENDED COMPLAINT WITH PREJUDICE**

Defendants Bank of New York, N.A., CWALT, Inc., Countrywide Home Loans Servicing LP, America's Wholesale Lender, and Mortgage Electronic Registration System, Inc. (collectively, the "Defendants"), by counsel, submit this Motion to Dismiss Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and respectfully request that this Court dismiss Counts I, II, IV, V, VI and VII with prejudice.  Plaintiff's Amended Complaint consists entirely of unsupported conclusory allegations and a few limited oblique facts which fail to state a claim upon which relief may be granted.  As set forth in the supporting memorandum filed concurrently with this Motion, Plaintiff's conclusory allegations are fundamentally flawed, wholly unsupported, and legally deficient, and the Amended Complaint must, therefore, be dismissed with prejudice.

2

Dated:  December 18, 2009            Respectfully submitted,

        /s/ Patricia M. Sulzbach
Mark B. Bierbower, VA Bar No. 22913
Patricia M. Sulzbach, VA Bar No. 72411
Dianne M. Keppler, VA Bar No. 44236
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C.  20006-1109
(202) 955-1500
(202) 778-2201 (fax)
mbierbower@hunton.com
psulzbach@hunton.com
dkeppler@hunton.com
*Attorneys for Defendant Bank of New York, N.A., CWALT, Inc, Countrywide Home Loans Servicing LP, America's Wholesale Lender, and Mortgage Electronic Registration System, Inc.*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 18th day of December, 2009, I caused a copy of the foregoing MOTION TO DISMISS AMENDED COMPLAINT to be served by electronic transmission with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) on the following:

Christopher E. Brown, VA Bar No. 39852
Brown, Brown & Brown, P.C.
6269 Franconia Road
Alexandria, Virginia 22310
(703) 924-0223
(703) 924-1586 (fax)
brownfirm@lawyer.com
*Attorney for Plaintiff John A. Horvath*

Matthew Cohen, VA Bar No. 72097
Allison Melton, VA Bar No. 75192
Bierman, Geesing & Ward, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814
(301) 961-6555 ext 3358
(301) 961-6545 (fax)
Matt.cohen@bgw-llc.com
Allison.Melton@bgw-llc.com
*Attorneys for Defendant Equity Trustees, LLC*

Karen E. Daily, VA Bar No. 48210
Samuel I. White, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA  23462
(757) 457-4194
(757) 497-2802 (fax)
kdaily@siwpc.com
*Attorney for Defendant Samuel I. White, P.C.*

                                                /s/ *Patricia M. Sulzbach*
                                      Patricia M. Sulzbach, VA Bar No. 72411
                                      HUNTON & WILLIAMS, LLP
                                      1900 K Street, N.W.
                                      Washington, D.C.  20006-1109
                                      (202) 955-1500
                                      (202) 778-2201 (fax)
                                      psulzbach@hunton.com